RECEIVED

JAN 0 4 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Hassan Flowers

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

CO Collins Div 8
CO Webb Div 8 Cermak
John Edward Coumbe-Lilley
Cynthia Rose Becker
Christopher D. Hutcherson
Tamaiaka Monique Godbold

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

1:18-cv-00069
Judge Elaine E. Bucklo
Magistrate Judge Young B. Kim
PC2

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**
  A. Name: Hassan Flowers
  B. List all aliases: Thomas, Ahmad
  C. Prisoner identification number: 20140610171, 20150721202
  D. Place of present confinement: Cook County Department
  E. Address: 6708 N. Bosworth

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Tom Dart
     Title: Sheriff
     Place of Employment: CCDOC
  B. Defendant: John Edward Coumbe-Lilley
     Title: Teacher
     Place of Employment: University of Illinois-Chicago
  C. Defendant: CO Collins Div 9
     Title: Correctional Officer
     Place of Employment: CCDOC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Kopley Group
University of Illinois@Chicago
Sharnelle Dunlap
David Rolek
CO Fraticola
CO Morales
CO Webb
Chester Mental Health
Mary Henessian
Harvey Police Department
Ingalls Hospital
Madden Mental Health
CO Keaton

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My civil rights have been violated. I have tried to file previously but lawsuit paperwork was taken before being able to file. I am claiming tampering, coercision, collusion, deliberate indifference, failure to protect assault, battery, aggravated battery with a chemical substance, Identify theft, Abuse CO Preto div 8 Cermack kept my trays CO Fraticola and Morales whooped my ass in Div 8 RTU 4A CO Webb sprayed with mase for no reason CO Collins left me in the handcuffs while in a fight with Quentin Meeks I was targeted by the use of meso memory and was harassed and profiled while in jail and CCDOC and at University of Illinois-Chicago. The cases pending against me are fraudulent in nature and I have been targeted. I have

been misdiagnosed of psych or mental disorders and forced medication even with mental history clear and steady behaviors. Also with my family history it is proven to be cruel and unusual punishment along with distress and mental anguish. Again I need immediate relief because I am in danger after 20 fights and previous lawsuit forms confiscated and I also was suppose to see a dentist, a peditrist for my fucked up foot and get glasses from optometry as I have engrown toe nails an infection from it that has lasted years and deterioateing eye sight and me being in ccdoc custody they have blatantly shierked there responsibility and haven't done there due dilligence they have done the minimum if that I since incarceration have begun to have chronic vision and foot issues. While in pc I was placed in a General Population Bullpen and was hurt in a fight with Reggie Hastings Toiletries are not being provided on constant basis. The system has failed me I need assistance asap. I know you have two years to file I couldn't because they keep taking the papers the reason for delay I have

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

100 million dollars and to have the cases thrown out

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21 day of Dec, 20 17

Hassan Flowers

(Signature of plaintiff or plaintiffs)

Hassan Flowers
(Print name)

20140610171, 20150721202, 1138
(I.D. Number)
26th and california PO BOX 089002
Chicago FL 60608
6708 N. Bosworth chicago FL 60626
(Address)

from being investigated. I earned a B in ~~KN100~~ a B in KN 335 and dropped the other courses which were KN 352 and KN 372 I was in the next semester when ~~I~~ was hanging with Chris Hutcherson and he played tough and stole a girl named Harmony we were both attempting to talk to. Then I passed all my classes. The next ~~few~~ semesters went by and ~~I~~ work for Ike Colvin and Team Flight whose son was the state ranked Chris Colvin at Whitney Young where he won state in 2009. He, Ike, was caught stealing money and did child endangerment with the kids on our team when he left the hotel room unannounced in Florida on our AAU Nationals trip to cocoa beach florida where Chris played at Palm Beach State. When I returned ~~returned~~ to UIC a state school I was forced to attempt to date, Cynthia Rose Becker, a softball player and staff and students attempted to tamper with and bother me which cause my grades to decline then they started saying I was crazy and had a psych history to discredit me which continued in jail its a state smear campaign. The state of Illinois is out to make me look bad. There tampering caused my grades to drop which led to my eventual expellment which then led to my incarceration

a few grievances but some grievances were not filed because the social worker didn't come around to me please check the cameras Co Keaton kept a phone card that was suppose to be given to me that I paid for but coerced me into signing the slip from Keefe I had 20 fights and moved around alot so I couldn't fill out a commissary grievance until recently as of 2017 because they were not provided In 2012 at UIC teachers and students began to fuck with me because I wouldn't play social elitism and date a specific person. I want relief and restitution for lost wages and I was training for golden gloves and I was also needing to get compensated for the time spent in jail and lost wages for being in jail from working a job. In the fall of 2011 Ana Gabriela Gonzalez came to my house and it rained. I had a car and the muffler went out and it was sold to Victory autowreckers. I was burned out and was gonna dropout but Chris Mutcherson and Nina Johns convinced me to stay at UIC which was part of the plan to drop me, a strong man to the floor and force me to rely on a woman as it will be relieved later. The paper trail is bogus because it's a lot of stuff that occurred but I did my best as it happened to me singley as I was all alone isolated which should not stop this

They put cases on me because I can rap and play ball they wanted me to do it at UIC since I did not they tried to preclude me from going to another school which has led to false cases being put on me and my current situation please investigate and help I need relief. Ike is a somebody so where the UIC congregation and I was working my way up so they tried to stop my rise unless I turned state. I had an apartment with Kopley Group at 1135 W Lunt where they forced a forgery of my signature to break a lease leaving me homeless living in shelters and on the streets and then at 14741 S Sibley in Harvey IL where I was assaulted and stopped by Harvey Police and taken to Ingalls Hospital to treat my wounds then from there forced to Madden Mental Health in Hines VA in Hines IL. I got a 5 day release and then lived on the street until my current incarceration all singled out by the state of FL all lies Illinois is lying please just investigate to find the truth.